DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

*Attorneys for Plaintiffs*

OCT 2 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD.- U.S. BRANCH | 07 CIV. 9581 |
| *Plaintiffs,* | |
| - against - | **STATEMENT** **UNDER F.R.C.P. 7.1** |
| KUEHNE & NAGEL, INC., d/b/a BLUE ANCHOR LINE, and SHIPCO TRANSPORT, INC. | JUDGE LEISURE |
| *Defendants.* | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- Nipponkoa Life Insurance Company, Ltd.
- Nipponkoa Insurance Company, Ltd.

Dated: Rye, New York
       October 25, 2007

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*