9038/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Shipco Transport, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD. – U.S. BRANCH,<br><br>                    Plaintiff,<br><br>-against-<br><br>KUEHNE & NAGEL, INC., d/b/a BLUE ANCHOR LINE, and SHIPCO TRANSPORT, INC.,<br><br>                    Defendants. | ECF CASE<br><br>07 Civ. 9581<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Shipco Transport, Inc. certifies upon information and belief that Defendant Shipco Transport, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       November 6, 2007

                                    Respectfully submitted,

                                    CICHANOWICZ, CALLAN, KEANE,
                                    VENGROW & TEXTOR, LLP
                                    Attorneys for Defendant Shipco Transport, Inc.


                                    By:__/ s / Patrick Michael DeCharles, II_____
                                         Patrick Michael DeCharles, II (PMD/9984)
                                    61 Broadway, Suite 3000
                                    New York, New York 10006
                                    (212) 344-7042