AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                     District of                      New York

Nipponkoa Insurance, Co., Ltd.-U.S. Branch

**SUMMONS IN A CIVIL ACTION**

V.

Kuehne & Nagel, Inc., d/b/a Blue Anchor Line
and Shipco Transport, Inc.

CASE NUMBER:

**07 CIV. 9581**

**JUDGE LEISURE**

TO: (Name and address of Defendant)

Kuehne & Nagel, Inc.  
10 Exchange Place  
Jersey City, NJ 07302

Shipco Transport, Inc.  
80 Washington Street  
Hoboken, NJ 07030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC  
411 Theodore Fremd Avenue, Suite 190  
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK                                          OCT 2 6 2007

(By) DEPUTY CLERK                              DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPONKOA INSURANCE, CO., LTD. U.S. BRANCH

                       Plaintiff,

  Vs

KUEHNE & NAGEL, INC., d/b/a BLUE ANCHOR LINE
and SHIPCO TRANSPORT, INC.

                       Defendants.

**Case No.
07 CIV. 9581**

**AFFIDAVIT OF
SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On October 31, 2007 at 3:20 p.m. at 80 Washington Street, Hoboken, NJ 07030, I served the within SUMMONS and COMPLAINT on SHIPCO TRANSPORT, INC., defendant therein named, by delivering a true copy of same to STEEN DYRHOLM, Vice President.

The person served is a white male, brown, 40-50 years old, 5'7"-5'9" in height, 160-170 pounds.

                                                  Caswell Bryan
                                                  License No. 846846

Sworn to before me this
1st day of November 2007.

NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2008

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPONKOA INSURANCE, CO., LTD. U.S. BRANCH

|  |  |
|---|---|
| Plaintiff, | Case No.<br>07 CIV. 9581 |
| Vs | |
|  | **AFFIDAVIT OF SERVICE** |
| KUEHNE & NAGEL, INC., d/b/a BLUE ANCHOR LINE<br>and SHIPCO TRANSPORT, INC. | |
| Defendants. | |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On October 31, 2007 at 2:50 p.m. at 10 Exchange Place, Jersey City, NJ 07302, I served the within SUMMONS and COMPLAINT on KUEHNE & NAGEL, INC., defendant therein named, by delivering a true copy of same to BIRGIT LIEHMANN, manager and designated agent.

The person served is a white female, blonde hair, 35-45 years old, 5'5"-5'7" in height, 130-140 pounds.

*Caswell Bryan*
Caswell Bryan
License No. 846846

Sworn to before me this
1st day of November 2007.

*Julio Delara*
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2008

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796