UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NIPPONKOA INSURANCE CO., LTD. -
U.S. BRANCH,

                 Plaintiff,

-against-

KUEHNE & NAGEL, INC., d/b/a
BLUE ANCHOR LINE, and
SHIPCO TRANSPORT, INC.,

                 Defendants.
------------------------------------------------------------x

07 Civ. 9581 (Judge Leisure)

RULE 7 STATEMENT ON
BEHALF OF DEFENDANTS
KUEHNE & NAGEL, INC,
d/b/a BLUE ANCHOR LINE

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kuehne & Nagel, Inc. through its attorney, Ernest H. Gelman, certifies that there is no parent corporation or publicly held corporation that owns more than 10% of its stock

Dated: New York, New York
       December 19, 2007

Yours, etc.

_____
Ernest H. Gelman (EHG 4748)
Attorney for defendants Kuehne & Nagel,
Inc. sued herein d/b/a Blue Anchor Line
350 Fifth Avenue, Suite 4908
New York, NY 10118
Telephone: (212) 332-2345
Fax: (212) 332-8301
e-mail: egelman@gelmanesq.com

TO:   David T. Maloof, Esq.
        Maloof Browne & Eagan LLC
        Attorneys for Plaintiff
        411 Theodore Fremd Avenue – Suite 190
        Rye, NY 10580

        Patrick Michael DeCharles II, Esq.
        Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
        61 Broadway, Suite 3000
        New York, NY 10006-2802