# EXHIBIT 1

## Joan Barnard

**From:** "Linda Beck" <lbeck@shipco.com>
**To:** "Andreas Schnicke" <andreas.schnicke@kuehne-nagel.com>
**Cc:** "Fiona Govan" <fgovan@shipco.com>
**Sent:** Sunday, March 05, 2006 10:32 PM
**Attach:** SHipco Offices - Americas - KN claims contacts.xls
**Subject:** KN - MEMO/SOP "UPDATED" - USA IMPORT CLAIMS HANDLING 2006.03.06

March 6th, 2006

Dear Andreas,

Please note below revised details and would appreciate it if you could distribute this to the relevent KN staff in the US.

Please note that our Corporate Administration Manager, Ms. Fiona Govan, will remain the central contact person for all KN USA offices in regards to import claims handling for your KN SACO's handled by STI-USA only.

All other claims for shipments arriving through STI Consolidations should go to the respective Shipco gateway office per attached list.

Our procedures for Claims handling will remain as per the following 3 different types of claim scenarios:

1.) **Cargo moving under STI HBL from Origin - (KN send "Intent" & Claims to STI Gateway Office)**
   a. After we have processed the Intent to Claim/Final Claim letters and gathered relevant information, further claims processing with be turned over to our Global Claims Administrator, Carol Burch, based in London who will coordinate with her respective counterpart from KN who are in charge of processing claims.

2.) **Cargo moving under STI Agent HBL from Origin - (KN send "Intent" & Claims to STI Gateway Office)**
   a. After we have processed the Intent to Claim letters/Final Claim letters and gathering relevant information, further claims processing will be turned over to the insurance company of the HBL issuing party who will coordinate with their respective counterpart from KN who are in charge of processing claims.

3.) **Cargo moving under KN HBL from Origin (LAX SACOS) - (KN Send to Shipco Corporarte - Hoboken NJ - Attn: Fiona Govan)**
   a. After we have processed the Intent to Claim/Final Claim letters and gathered relevant information, further claims processing will take place directly between KN and our Domestic Operator or CFS Station, as Shipco Transport does not have any HBL liability for the freight arriving in own KN SACOS and are moving KN HBL from Origin to Destination.

Of course if any office should need assistance with any claims issue they may contact with Fiona or myself directly.
If you shold have any questions please do not hesitate to contact us.

Best regards,
Linda Beck
Shipco Transport, Inc. - Corporate Office
Hoboken, New Jersey U.S.A.
Tel: 201-459-4440 (direct)
Mob: 551-221-0824 (mobile)

7/19/2007