DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

NIPPONKOA INSURANCE CO., LTD. – U.S. BRANCH,

        *Plaintiff*,

v.

KUEHNE & NAGEL, INC., d/b/a BLUE ANCHOR LINE, and
SHIPCO TRANSPORT, INC.,

        *Defendants*.

------------------------------------x

07 CIV. 9581 (PKL)

**STIPULATION AND ORDER OF DISMISSAL**

The matter in dispute having been settled, it is hereby STIPULATED and AGREED, by and between the respective undersigned counsel for all parties, that all claims and cross-claims in the above-entitled action are hereby DISCONTINUED, with prejudice and without costs. Should settlement not be finalized by March 10, 2008, any party may apply to have the action reopened by letter to the Court.

Dated:    Rye, New York
           February 11, 2008

1

MALOOF & BROWNE LLP

By: *[signature]*
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Ste. 190
Rye, NY 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
       teagan@maloofandbrowne.com
*Attorneys for Plaintiff*

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

By *[signature]* Patrick Michael DeCharles II /TAB (authority to sign by telephone 2/8/08)
Patrick Michael De Charles, II (PMD 9984)
61 Broadway, Suite 3000
New York, NY 10006-2802
Tel: (212) 344-7042
Fax: (212) 344-7285
Email: bycalan@cckvt.com
*Attorneys for Defendant Shipco Transport, Inc.*

ERNEST H. GELMAN LAW OFFICES

By: *[signature]* Ernest H. Gelman /TAB (authority to sign by telephone 2/11/08)
Ernest H. Gelman (EHG 4748)
350 Fifth Avenue, Suite 4908
New York, NY 10118
Tel: (212) 332-2345
Fax: (212) 332-8301
Email: egelman@gelmanesq.com
*Attorneys for Defendant Kuehne & Nagel, Inc. d/b/a Blue Anchor Line*

SO ORDERED: 2/11/08

*[signature]*
UNITED STATES DISTRICT JUDGE